HERMAN C. JONGEBLOED, as Administrator of the Estates of KATHRYN JONGEBLOED, Deceased, of ROBERT JONGEBLOED, Deceased, and of ELAINE JONGE-

BLOED, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [180 Misc. 893.]